UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARYBETH MOORE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; THE IRVINE COMPANY, LLC; ESSEX PROPERTY TRUST, INC.; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; CORTLAND PARTNERS, LLC; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP; SARES REGIS GROUP OPERATING, INC.; MISSION ROCK RESIDENTIAL, LLC; and MORGAN GROUP, INC.,

Defendants.

No. 2:22-cv-01826-RSL

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiff MaryBeth Moore ("Plaintiff") and Defendants RealPage, Inc.; Lincoln Property Co.; Cushman & Wakefield, Inc.; FPI Management, Inc.; RPM Living, LLC; BH Management Services, LLC; Mid-America Apartment Communities, Inc.; Bozzuto Management Company; AvalonBay Communities, Inc.; Highmark Residential, LLC; Equity Residential; Essex Property Trust, Inc.; ZRS Management, LLC; Camden Property Trust; UDR, Inc.; ConAm Management Corporation; Cortland Partners, LLC; Thrive Communities Management, LLC; Security Properties Inc.; Prometheus Real Estate Group; Mission Rock Residential, LLC; Avenue5 Residential, LLC; CWS Apartment Homes, LLC; Sares Regis Group Operating, Inc.; Greystar Real Estate Partners, LLC; and Morgan Group, Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") on December 27, 2022.  ECF No. 1;

WHEREAS, the Stipulating Defendants agreed to waive service in the above-captioned action on or about January 25, 2023, January 26, 2023, January 27, 2023, January 31, 2023, February 6, 2023, February 15, 2023 and February 17, 2023.  *See* ECF Nos. 9–10, 12–29, 36, 39-41;

WHEREAS, Plaintiff served Defendant Greystar Real Estate Partners, LLC on February 17, 2023;

WHEREAS, Plaintiff voluntarily dismissed Defendant The Irvine Company, LLC on or about January 18, 2023.  ECF No. 6;

WHEREAS, the Complaint asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software;

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in District Courts in Arizona, California, Colorado, the District of Columbia, Florida, Massachusetts, Tennessee, Texas, and other cases in Washington, asserting claims under Section 1 of the Sherman Act based on the

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
Case 2:23-cv-00339 — 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 3:23-cv-05303-RSM   Document 71   Filed 03/10/23   Page 2 of 12   PageID #: 267

alleged use of RealPage, Inc.'s revenue management software;

WHEREAS, on January 4, 2023, certain Stipulating Defendants and defendants named in other actions filed a motion pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multidistrict Litigation to transfer this case and others to the U.S. District Court for the Northern District of Texas for consolidated pretrial proceedings;

WHEREAS, Plaintiff and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint;

WHEREAS, similar orders have been entered in other related cases subject to Defendants' MDL Petition, including: *Weaver v. RealPage, Inc. et al.*, No. 1:22-cv-03224 (D. Colo.), *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.);

WHEREAS, Plaintiff and the Stipulating Defendants have conferred and agree that the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint should be suspended and should be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.);

WHEREAS, Plaintiff and the Stipulating Defendants have agreed to file a joint status report with the Court by April 21, 2023;

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 2:23-cv-30339  Document 71  Filed 03/10/23  Page 3 of 12  PageID #: 268

3

waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiff and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 9th day of March, 2023.

We certify that this memorandum contains 751 words, in compliance with the Local Civil Rules.

| | |
|---|---|
| /s/ Beth E. Terrell | /s/ Rachel Tallon Reynolds |
| Beth E. Terrell (WSBA No. 26759) | Rachel Tallon Reynolds (WSBA No. 38750) |
| bterrell@terrellmarshall.com | Rachel.Reynolds@lewisbrisbois.com |
| Blythe H. Chandler (WSBA No. 43387) | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| bchandler@terrellmarshall.com | 1111 Third Avenue, Suite 2700 |
| 936 North 34th Street, Suite 300 | Seattle, WA 98101 |
| Seattle, Washington 98103 | Telephone: (206) 436-2020 |
| Telephone: (206) 816-6603 | |
| | Todd R. Seelman (*pro hac vice* forthcoming) |
| David B. Rochelson (*pro hac vice* forthcoming) | Todd.Seelman@lewisbrisbois.com |
| drochelson@garwingerstein.com | Thomas L. Dyer (*pro hac vice* forthcoming) |
| Deborah Elman (*pro hac vice* forthcoming) | Thomas.Dyer@lewisbrisbois.com |
| delman@garwingerstein.com | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| GARWIN GERSTEIN & FISHER LLP | 1700 Lincoln St., Ste. 4000 |
| 88 Pine Street, 10th Floor | Denver, CO 80203 |
| New York, New York 10005 | Telephone: (720) 292-2002 |
| Telephone: (212) 398-0055 | |
| | *Counsel for Defendants Cortland Partners,* |
| *Counsel for Plaintiff MaryBeth Moore* | *LLC and Mission Rock Residential, LLC* |
| *Individually and on Behalf of All Others* | |
| *Similarly Situated* | |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT - 4

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 2:23-cv-00339  Document 71  Filed 03/10/23  Page 4 of 12

| | |
|---|---|
| /s/ Maren R. Norton | /s/ Britt M. Miller |
| Maren R. Norton (WSBA No. 35435) | Britt M. Miller (*pro hac vice* forthcoming) |
| maren.norton@stoel.com | bmiller@mayerbrown.com |
| STOEL RIVES LLP | Daniel T. Fenske (*pro hac vice* forthcoming) |
| 600 University Street, Suite 3600 | dfenske@mayerbrown.com |
| Seattle, WA 98101 | MAYER BROWN LLP |
| Telephone: (206) 624-0900 | 71 South Wacker Drive |
| | Chicago, IL 6006 |
| Charles H. Samel (*pro hac vice* forthcoming) | Telephone: (312) 701-8663 |
| charles.samel@stoel.com | |
| Edward C. Duckers (*pro hac vice* forthcoming) | *Counsel for Defendant Mid-America Apartment Communities, Inc.* |
| ed.duckers@stoel.com | |
| STOEL RIVES LLP | |
| 1 Montgomery Street, Suite 3230 | |
| San Francisco, CA 94104 | /s/ Curt Roy Hineline |
| Telephone: (415) 617-8900 | Carl W. Hittinger (*pro hac vice*) |
| | chittinger@bakerlaw.com |
| George A. Guthrie (*pro hac vice* forthcoming) | BAKER & HOSTETLER LLP |
| gguthrie@wilkefleury.com | 1735 Market Street, Suite 3300 |
| WILKE FLEURY LLP | Philadelphia, PA 19103 |
| 621 Capitol Mall, Suite 900 | Telephone: (215) 564-2898 |
| Sacramento, CA 95814 | |
| Telephone: (916) 441-2430 | Curt Roy Hineline (WSBA No. 16317) |
| | chineline@bakerlaw.com |
| *Counsel for Defendant FPI Management, Inc.* | BAKER & HOSTETLER LLP |
| | 999 Third Avenue, Suite 3900 |
| /s/ Belinda S Lee | Seattle, WA 98104-4040 |
| Belinda S Lee (*pro hac vice* forthcoming) | Telephone: (206) 332-1380 |
| belinda.lee@lw.com | |
| LATHAM & WATKINS LLP | *Counsel for Defendant Equity Residential* |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| Telephone: (415) 395-8851 | /s/ Judith A. Zahid |
| | Judith A. Zahid (*pro hac vice* forthcoming) |
| E. Marcellus Williamson (*pro hac vice* forthcoming) | jzahid@zellelaw.com |
| | Heather T. Rankie (*pro hac vice* forthcoming) |
| marc.williamson@lw.com | hrankie@zellelaw.com |
| LATHAM & WATKINS LLP | ZELLE LLP |
| 555 Eleventh Street, NW, Suite 1000 | 555 12th Street, Suite 1230 |
| Washington, DC 20004 | Oakland CA 94607 |
| Telephone: (202) 637-2203 | Telephone: (415) 633-1916 |
| | |
| *Counsel for Defendant AvalonBay Communities, Inc.* | *Counsel for Defendant Prometheus Real Estate Group, Inc.* |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 2:23-cv-00339 Document 71 Filed 03/10/23 Page 5 of 12 PageID #: 270

5

| | | |
|---|---|---|
| 1 | /s/ Michael D. Bonanno | /s/ Benjamin R. Nagin |
| 2 | Michael D. Bonanno (*pro hac vice* forthcoming)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP | Robin Wechkin (WSBA 24746)<br>rwechkin@sidley.com<br>SIDLEY AUSTIN LLP |
| 3 | 1300 I St. NW, Suite 900<br>Washington, D.C. 20005 | 8426 316th Pl. SE<br>Issaquah, WA 98027 |
| 4 | mikebonanno@quinnemanuel.com<br>(202) 538-8225 | Telephone: (415) 439-1799 |
| 5 | | Benjamin Nagin (pro hac vice forthcoming) |
| 6 | Christopher Daniel Kercher (*pro hac vice* forthcoming) | bnagin@sidley.com<br>SIDLEY AUSTIN LLP |
| 7 | QUINN EMANUEL URQUHART & SULLIVAN LLP | 787 Seventh Avenue<br>New York, NY 10019 |
| 8 | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010 | Telephone: (212) 839-5300 |
| 9 | christopherkercher@quinnemanuel.com | *Counsel for Defendant ConAm Management Corporation* |
| 10 | (212) 849-7000 | |
| 11 | *Counsel for Defendant Highmark Residential, LLC* | |
| 12 | | |
| 13 | /s/ Leo D. Caseria | /s/ David A. Walton |
| | Leo D. Caseria (*pro hac vice* forthcoming) | David A. Walton (*pro hac vice* forthcoming) |
| 14 | lcaseria@sheppardmullin.com<br>Helen C. Eckert (WSBA No. 52405) | Troy Lee (T.J.) Hales (*pro hac vice* forthcoming) |
| 15 | heckert@sheppardmullin.com | dwalton@bellnunnally.com |
| 16 | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Avenue, N.W., Suite 100 | thales@bellnunnally.com<br>Bell Nunnally & Martin, LLP |
| 17 | Washington, D.C. 20006-6801<br>Telephone: (202) 747-1925 | 2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201 |
| 18 | | |
| 19 | Arman Oruc (*pro hac vice* forthcoming)<br>aoruc@goodwinlaw.com | *Counsel for Defendant RPM Living, LLC* |
| 20 | GOODWIN PROCTER LLP<br>1900 N Street, NW | |
| 21 | Washington, DC 20036<br>Telephone: (202) 346-4000 | |
| 22 | | |
| 23 | *Counsel for Defendant Essex Property Trust, Inc.* | |
| 24 | /s/ Diana S. Breaux | /s/ Stephen McIntyre |
| 25 | Diana S. Breaux, WSBA #46112<br>dianab@summitlaw.com | Stephen McIntyre (*pro hac vice* forthcoming) |
| 26 | Selby P. Brown, WSBA #59303<br>selbyb@summitlaw.com | smcintyre@omm.com<br>O'Melveny & Myers LLP |
| 27 | SUMMIT LAW GROUP, PLLC | 400 South Hope Street, 18th Floor |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 2:23-cv-00379 Case 3:23-cv-30339 Document 71 Filed 03/10/23 Page 6 of 12 PageID #: 271

6

| | | |
|---|---|---|
| 1 | 315 Fifth Avenue South | Los Angeles, CA 90071 |
| 2 | Suite 1000<br>Seattle, WA 98104 | Telephone: (213) 430-6000 |
| 3 | Telephone: (206) 676-7058<br>Facsimile: (206) 676-7001 | *Counsel for Defendant BH Management Services, LLC* |

/s/ David D. Cross
David D. Cross (*pro hac vice* forthcoming)
dcross@mofo.com
Jeffrey A. Jaeckel (*pro hac vice* forthcoming)
jjaeckel@mofo.com
Robert W. Manoso (*pro hac vice* forthcoming)
rmanoso@mofo.com
Sydney K. Cooper
scooper@mofo.com
Morrison & Foerster LLP
2100 L Street, NW
Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

*Counsel for Defendant UDR, Inc.*

/s/ Valentine S. Hoy
Valentine S. Hoy (*pro hac vice* forthcoming)
Patrick E. Breen (*pro hac vice* forthcoming)
Scott Perlin (*pro hac vice* forthcoming)
vhoy@allenmatkins.com
pbreen@allenmatkins.com
sperlin@allenmatkins.com
Allen Matkins Leck Gamble Mallory & Natsis LLP
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Telephone: (619) 233-1155

*Counsel for Defendant Sares Regis Group Operating, Inc.*

/s/ Heidi Bradley
Heidi Bradley (WSBA No. 35759)
hbradley@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, Washington 98104-2205

/s/ James D. Bragdon
James D. Bragdon (*pro hac vice* forthcoming)
Gallagher Evelius & Jones LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702
jbragdon@gejlaw.com

*Counsel for Defendant Bozzuto Management Company*

/s/ Ferdose Al-Taie
Ferdose Al-Taie (*pro hac vice* forthcoming)
ferdose.al-taie@akerman.com
Ryan Krone (*pro hac vice* forthcoming)
ryan.krone@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4308

*Counsel for Defendant ZRS Management, LLC*

/s/Jessica Jensen
Jessica B. Jensen (WSBA No. 29353)
jjensen@omwlaw.com
Mary Re Knack (WSBA No. 26945)
rknack@omwlaw.com
OGDEN MURPHY WALLACE, PLLC
901 5th Ave, Suite 3500
Seattle, WA 98164
Telephone: (206) 447-7000
Facsimile: (206) 447-0215

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT - 7

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 2:23-cv-00980-RSM Document 71 Filed 03/10/23 Page 7 of 12 PageID #: 272

| | | |
|---|---|---|
| 1 | Darin Sands (WSBA No. 35865)<br>dsands@bradleybernsteinllp.com<br>BRADLEY BERNSTEIN SANDS LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | /s/ Gregory J. Casas<br>Gregory J. Casas (*pro hac vice* forthcoming)<br>casasg@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>300 West 6th Street, Suite 2050<br>Austin, TX 78701-4052<br>Telephone: (512) 320-7200 |

/s/ Stephen Weissman
Stephen Weissman (*pro hac vice* forthcoming)
sweissman@gibsondunn.com
Michael J. Perry (*pro hac vice* forthcoming)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Robert J. Herrington (*pro hac vice* forthcoming)
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Jay Srinivasan (*pro hac vice* forthcoming)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (*pro hac vice* forthcoming)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Becky L. Caruso (*pro hac vice* forthcoming)
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

*Counsel for Defendant Lincoln Property Co.*

Ben A. Sherwood (*pro hac vice* forthcoming)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

*Counsel for Defendant RealPage, Inc.*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe (WSBA No. 35477)
biv@montgomerypurdue.com
Kaya R. Lurie (WSBA No. 51419)
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

/s/ Lynn H. Murray
Lynn H. Murray (*pro hac vice* forthcoming)
lhmurray@shb.com
SHOOK HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock (*pro hac vice* forthcoming)
rsandrock@shb.com
SHOOK HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion (*pro hac vice* forthcoming)
lnovion@shb.com
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 2:23-cv-00339 Document 71 Filed 03/10/23 Page 8 of 12 PageID #: 273

8

| | | |
|---|---|---|
| 1 | */s/ J. Dino Vasquez* | Telephone: (816) 559-2352 |
| | J. Dino Vasquez (WSBA No. 25533) | |
| 2 | dvasquez@karrtuttle.com | Hunter K. Ahern (WSBA No. 54489) |
| | KARR TUTTLE CAMPBELL | hahern@shb.com |
| 3 | 701 Fifth Avenue, Suite 3300 | SHOOK HARDY & BACON L.L.P. |
| | Seattle, WA 98104 | 701 5th Avenue, Suite 6800 |
| 4 | Telephone: (206) 224-8023 | Seattle, WA 98104 |
| | | Telephone: (206) 344-7600 |
| 5 | *Counsel for Defendant Security Properties Inc.* | |
| 6 | | *Counsel for Defendant Camden Property Trust* |
| | */s/ Carl C. Butzer* | |
| 7 | Carl C. Butzer (*pro hac vice* forthcoming) | |
| | Joel Glover (*pro hac vice* forthcoming) | */s/ Jeremy J. Calsyn* |
| 8 | David Moran (*pro hac vice* forthcoming) | Jeremy J. Calsyn (*pro hac vice* forthcoming) |
| | Tre Fischer (*pro hac vice* forthcoming) | jcalsyn@cgsh.com |
| 9 | cbutzer@jw.com | Leah Brannon (*pro hac vice* forthcoming) |
| 10 | jglover@jw.com | lbrannon@cgsh.com |
| | dmoran@jw.com | Kenneth Reinker (*pro hac vice* forthcoming) |
| 11 | tfischer@jw.com | kreinker@cgsh.com |
| | Jackson Walker LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 12 | 2323 Ross Avenue, Suite 600 | 2112 Pennsylvania Avenue, NW |
| | Dallas, Texas 75201 | Washington, DC 20037 |
| 13 | Telephone: (214) 953-5902 | Telephone: (202) 974-1522 |
| 14 | | |
| | *Counsel for Defendant Morgan Group, Inc.* | Joseph M. Kay (*pro hac vice* forthcoming) |
| 15 | | jkay@cgsh.com |
| | | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 16 | */s/ Rebecca S. Ashbaugh* | One Liberty Plaza |
| 17 | Rebecca S. Ashbaugh, WSBA #38186 | New York, NY 10006 |
| | bashbaugh@ashbaughbeal.com | Telephone: (212) 225-2745 |
| 18 | ASHBAUGH BEAL LLP | |
| | 701 5th Avenue, Suite 4400 | *Counsel for Defendant Cushman & Wakefield, Inc.* |
| 19 | Seattle, WA 98104 | |
| | Telephone: (206) 386-5900 | |
| 20 | | */s/ Bradford J. Axel* |
| 21 | Danny David (*pro hac vice* forthcoming) | Bradford J. Axel, WSBA #29269 |
| | danny.david@bakerbotts.com | bradford.axel@stokeslaw.com |
| 22 | BAKER BOTTS | STOKES LAWRENCE, P.S. |
| | 910 Louisiana Street | 1420 Fifth Avenue, Suite 3000 |
| 23 | Houston, TX 77002-4995 | Seattle, Washington 98101-2393 |
| | Telephone: (713) 229-1234 | Telephone: (206) 892-2102 |
| 24 | | |
| 25 | James Kress (*pro hac vice* forthcoming) | Ann MacDonald (*pro hac vice* forthcoming) |
| | james.kress@bakerbotts.com | Barry Hyman (*pro hac vice* forthcoming) |
| 26 | Paul Cuomo (*pro hac vice* forthcoming) | ann.macdonald@afslaw.com |
| | paul.cuomo@bakerbotts.com | barry.hyman@afslaw.com |
| 27 | BAKER BOTTS | ARENTFOX SCHIFF LLP |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

| | |
|---|---|
| 700 K Street, N.W.<br>Washington, DC 20001-5692<br>Telephone: (202) 639-7700<br><br>*Counsel for Defendant Avenue5 Residential, LLC* | 233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>Telephone: (312) 258-5548<br><br>Suzanne Wahl (*pro hac vice* forthcoming)<br>suzanne.wahl@afslaw.com<br>ARENTFOX SCHIFF LLP<br>350 South Main Street, Suite 210<br>Ann Arbor, Michigan 48104<br>Telephone: (734) 222-1517<br><br>*Counsel for Defendant CWS Apartment Homes, LLC*<br><br>*/s/ Michael M. Maddigan*<br>Michael M. Maddigan (*pro hac vice* forthcoming)<br>michael.maddigan@hoganlovells.com<br>Vassi Iliadis (*pro hac vice* forthcoming)<br>vassi.iliadis@hoganlovells.com<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4727<br><br>William L. Monts, III (*pro hac vice* forthcoming)<br>william.monts@hoganlovells.com<br>Benjamin F. Holt (*pro hac vice* forthcoming)<br>benjamin.holt@hoganlovells.com<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-6440<br><br>*Counsel for Defendant Greystar Real Estate Partners, LLC* |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
- 10

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 2:23-cv-00339    Document 71    Filed 03/10/23    Page 10 of 12    PageID #: 275

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc.; Lincoln Property Co.; Cushman & Wakefield, Inc.; FPI Management, Inc.; RPM Living, LLC; BH Management Services, LLC; Mid-America Apartment Communities, Inc.; Bozzuto Management Company; AvalonBay Communities, Inc.; Highmark Residential, LLC; Equity Residential; Essex Property Trust, Inc.; ZRS Management, LLC; Camden Property Trust; UDR, Inc.; ConAm Management Corporation; Cortland Partners, LLC; Thrive Communities Management, LLC; Security Properties Inc.; Prometheus Real Estate Group; Mission Rock Residential, LLC; Avenue5 Residential, LLC; CWS Apartment Homes, LLC; Sares Regis Group Operating, Inc.; Greystar Real Estate Partners, LLC; and Morgan Group, Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended and shall be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

Plaintiff and Defendants RealPage, Inc.; Lincoln Property Co.; Cushman & Wakefield, Inc.; FPI Management, Inc.; RPM Living, LLC; BH Management Services, LLC; Mid-America Apartment Communities, Inc.; Bozzuto Management Company; AvalonBay Communities, Inc.; Highmark Residential, LLC; Equity Residential; Essex Property Trust, Inc.; ZRS Management, LLC; Camden Property Trust; UDR, Inc.; ConAm Management Corporation; Cortland Partners, LLC; Thrive Communities Management, LLC; Security Properties Inc.; Prometheus Real Estate Group; Mission Rock Residential, LLC; Avenue5 Residential, LLC; CWS Apartment Homes, LLC; Sares Regis Group Operating, Inc.; Greystar Real Estate

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 2:23-cv-00339   Document 71   Filed 03/10/23   Page 11 of 12   PageID #: 276

11

Partners, LLC; and Morgan Group, Inc. shall file a joint status report with the Court by April 21, 2023.

Dated this 10th day of March, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
12

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 2:23-cv-00339   Document 71   Filed 03/10/23   Page 12 of 12   PageID #: 277